JOAQUÍN CINTRÓN, tercerista apelante, *v.* M. VIDAL ALVAREZ & Co., y JOSEFA C. DE HERNÁNDEZ, demandados apelados.

No. 6031.—*Sometido:* Abril 25, 1932. *Resuelto:* Abril 27, 1932.

*Luis A. García del Rosario*, abogado del apelante; *Angel A. Vázquez,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR CÓRDOVA DÁVILA, emitió la opinión del tribunal.

En este caso se solicita la desestimación del recurso de apelación interpuesto por el tercerista apelante, por el fundamento de que el apelante no ha proseguido su apelación con la diligencia debida o de buena fe.

De la declaración jurada por Pedro N. Colberg, Secretario de la Corte de Distrito de San Juan, aparece: Que el recurso de apelación se interpuso en 12 de noviembre de 1931; que el tercerista optó, para perfeccionar su apelación, por la transcripción taquigráfica del juicio; que con fecha 21 de noviembre de 1931 la corte inferior ordenó al taquígrafo que procediese a radicar la transcripción de evidencia en el término de ley; que desde el 11 de diciembre de 1931, fecha en que se concedió la primera prórroga, la corte inferior ha concedido cinco prórrogas al tercerista apelante, todas de treinta días, habiéndose concedido la última en 6 de abril de 1932; que el tercerista apelante no ha depositado en secretaría ninguna suma de dinero para pagar al taquígrafo los derechos que le corresponden por la transcripción del récord taquigráfico.

El taquígrafo, Juan Comas Vera, declara bajo juramento que desde el día 21 de noviembre de 1931, fecha en que se dictó la orden para la transcripción de la evidencia, el abogado del tercerista, Luis A. García del Rosario, convino en pagarle dentro de breves días la suma de $30 como honorarios por el trabajo de poner en limpio el récord; que varias veces ha solicitado del mencionado abogado que haga que su representado el tercerista le satisfaga los aludidos $30 para poder dar comienzo a poner en limpio el aludido

récord taquigráfico, y que a pesar del tiempo transcurrido desde el 21 de noviembre de 1931 hasta el 13 de abril de 1932, ni el tercerista ni su abogado le han pagado los $30 mencionados, por cuyo motivo no ha procedido a poner en limpio las notas taquigráficas del juicio.

El abogado del tercerista, Luis A. García del Rosario, alega bajo juramento que en representación del demandante convino con el taquígrafo en pagarle la suma de $25 por el trabajo de la transcripción, y niega que conviniera en pagarle la suma de $30 por dicho trabajo; que debido a la crisis prevaleciente, al apelante en este caso no le fué posible conseguir inmediatamente el importe de $25 convenido con el taquígrafo por su trabajo de transcripción, y que por esta razón solicitó varias prórrogas de la corte de distrito, todas ellas necesarias; que el taquígrafo fué oportunamente advertido de la obtención de las referidas prórrogas, habiéndose mostrado conforme en todo momento y no creyendo pertinente solicitar la consignación del importe convenido por su trabajo; que el declarante advirtió al taquígrafo que la prórroga concedida en 6 de abril de 1932 sería la última que se iba a solicitar y le notificó que el trabajo de transcribir el récord podía verificarse dentro de la mencionada prórroga; que cree de buena fe que el taquígrafo está trabajando en transcribir el récord tomado en este caso y que la transcripción de la evidencia podrá radicarse antes de vencerse el término concedido por la orden de la Corte de Distrito de San Juan.

La corte inferior en este caso ha procedido con liberalidad al conceder varias prórrogas al tercerista apelante. El hecho de que éste ofreciera pagar $25 por la transcripción del récord y no $30 como dice el taquígrafo, no tiene nada que ver con la diligencia que ha debido desplegar el apelante para ultimar los trámites de la apelación. El abogado del apelante no dice que el taquígrafo está trabajando en transcribir el récord, sino que cree de buena fe que está llevando a cabo este trabajo. Esta manifestación es dema-

siado vaga, porque la creencia del testigo no constituye una afirmación del hecho de que el taquígrafo esté llevando a cabo en la actualidad el trabajo de la transcripción del récord taquigráfico. Tampoco se dice en la declaración jurada del abogado del tercerista que éste haya pagado ni que haya prometido nuevamente pagar al taquígrafo el importe de sus honorarios. Entendemos que el tercerista apelante no ha procedido con la debida diligencia para ultimar los trámites de la apelación.

*Por las razones expuestas, opinamos que debe desestimarse la apelación interpuesta por el tercerista Joaquín Cintrón.*